■ MAUREEN O'CONNOR et al., Appellants, v DAVID G. ROOT et al., Respondents. [726 NYS2d 895] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied plaintiffs' motion for a default judgment based upon defendants' failure to comply with the parties' agreed-upon discovery schedule. That "harsh remedy * * * is generally not warranted 'absent a showing that the noncomplying party's conduct was willful or contumacious' " (*Gaylord Bros. v RND Co.*, 134 AD2d 848, quoting *Sawh v Bridges*, 120 AD2d 74, 78, *appeal dismissed* 69 NY2d 852). Here, there was no showing that defendants' noncompliance was willful or contumacious (*see, Monaco v Camie-Campbell, Inc.*, 256 AD2d 1214, 1216, *lv dismissed in part and denied in part* 93 NY2d 887). The court

also properly exercised its discretion, "in the interest of elementary fairness," in relieving defendants from the consequences of the stipulation made by their former attorney (*Matter of Way v Town of Poughkeepsie*, 75 AD2d 602, 604; *see, Teitelbaum Holdings v Gold*, 48 NY2d 51, 54-55). (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Default Judgment.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.